IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOYCE ALBERT,

        Plaintiff,

  v.

SILVERPOP SYSTEMS INC,

        Defendant.
                            /

No. C 13-02626 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: December 13, 2013 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is January 15, 2014.

DESIGNATION OF EXPERTS: 3/21/14; REBUTTAL: 4/15/14.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is May 16, 2014.

DISPOSITIVE MOTIONS **SHALL** be filed by January 31, 2014;

    Opp. Due February 14, 2014; Reply Due February 21, 2014;

    and set for hearing no later than March 7, 2014 at 9:00 AM.

PRETRIAL CONFERENCE DATE: August 5, 2014 at 3:30 PM.

JURY TRIAL DATE: August 18, 2013 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
By 9/13/13, counsel shall inform the Court of which type of ADR process they will participate in.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 9/10/13

                          SUSAN ILLSTON
                          United States District Judge